UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-303-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TANGI SONYETTE WILLIAMS | ORDER GRANTING<br>MOTION TO SEAL |

On motion of Defendant and for good cause, it is hereby ORDERED that DE 41 be sealed until further notice of this Court.

SO ORDERED. This 7 day of April 2018.

JAMES C. DEVER III
Chief United States District Judge